IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RICHARD HUFFMAN                                                                  PLAINTIFF

Civil No. 01-6198

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                         DEFENDANT

## **JUDGMENT**

On this the 7th day of October, 2005, the Court has before it for consideration, plaintiff's request for attorney's fees for Mr. Richard Muse, pursuant to *42 U.S.C. § 406*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court approves an award of $1,250.00 in attorney's fees pursuant to *42 U.S.C. § 406(b)*.

IT IS SO ORDERED.

                                                                  /s/ Bobby E. Shepherd
                                                                  HONORABLE BOBBY E. SHEPHERD
                                                                  UNITED STATES MAGISTRATE JUDGE